# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

BRIAN GAMBON,

v.  Case No. 6:14-cv-403-Orl-18GJK

R & F ENTERPRISES, INC.,

---

## ORDER

THIS CAUSE was referred to United States Magistrate Judge Gregory J. Kelly for a report and recommendation on Plaintiff Brian Gambon's Motion for Default Judgment (Doc. 20). Judge Kelly issued his Report and Recommendation on December 2, 2014 (Doc. 21). Having reviewed the Report and Recommendation (Doc. 21), and there being no objections filed, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 21) is **APPROVED** and **ADOPTED**.

2. The Court **GRANTS** Plaintiff Brian Gambon's Motion for Default Judgment (Doc. 20).

3. The Clerk of the Court is directed to **ENTER JUDGMENT** against Defendant R & F Enterprises, Inc. and in favor of Plaintiff Brian Gambon in the total amount of $137,500.00 in statutory damages and to subsequently **CLOSE** the case.

**DONE and ORDERED** in Orlando, Florida on this ___5___ day of January, 2015.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record
Unrepresented Party